# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2015

*The Court of Appeals hereby passes the following order:*

**A15D0200.  HONG SEOP CHAE v. THE STATE.**

On October 28, 2014, the trial court entered an order denying Hong Seop Chae's "Motion for Out of Time Appeal Challenging Judge's Procedural Order With a New Substantive Law Governing the Unlawful Sentences on Trial Counsel's Conflict of Interest."  On December 17, 2014, Chae filed this application for discretionary appeal.[1]  An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  See OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because Chae filed this application 50 days after entry of the order he seeks to appeal, it is untimely, and it is therefore DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*    01/15/2015
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Chae attempted to file his application earlier, but we could not docket it because it did not contain a copy of the trial court order that he wished to appeal.